# Court of Appeals
# of the State of Georgia

ATLANTA,  March 06, 2023

*The Court of Appeals hereby passes the following order:*

## A23D0254. CAROLE ROCKER et al. v. LARRY PHILLIPS CONSTRUCTION, INC.

On December 28, 2022, the trial court entered an order denying a motion for OCGA § 9-15-14 attorney fees filed by defendants Carole Rocker, Michael Rocker, and Kate Rocker. The Rockers filed a motion for reconsideration from the trial court's ruling, which the trial court denied on January 31, 2023. The Rockers then filed this application for discretionary appeal on February 24, 2023. We lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of the entry of the order, decision or judgment to be appealed. See OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582, 583 (420 SE2d 393) (1992). This statutory deadline is jurisdictional. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Here, the Rockers filed their discretionary application 58 days after the trial court entered its order denying their motion for OCGA § 9-15-14 attorney fees. Although the Rockers filed a motion for reconsideration from that ruling, the filing of a motion for reconsideration does not extend the time for seeking appellate review, and the denial of such a motion is not itself an appealable ruling. See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271, 271 (326 SE2d 5) (1985).

Because the Rockers failed to file a timely application for discretionary appeal, we lack jurisdiction over this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
          *Clerk's Office, Atlanta,*   03/06/2023

          *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

          *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*